December 26, 2019

**MEMORANDUM ENDORSED**

<u>Via: ECF</u>
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

      **RE:** **Himelda Mendez v, DJT Fine Art International LLC**
            Docket: 1:19-cv-08470-GHW

Dear Judge Woods,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 2, 2019 as well as the deadline to complete a mediation prior to the initial conference.

    Defendant DJT Fine Art International LLC was served through the Secretary of State on September 30, 2019. To date, Defendant DJT Fine Art International LLC has not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendant. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

Application granted. The initial pretrial conference scheduled for January 2, 2020 is adjourned to January 30, 2020 at 4 p.m. The deadline for the parties to participate in mediation is also extended. Mediation should take place no later than one week prior to the initial pretrial conference.

SO ORDERED.

Dated: December 26, 2019
New York, New York

                                      _/s/ Gregory H. Woods_
                                GREGORY H. WOODS
                              United States District Judge

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com