USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/28/2020_

January 27, 2020

<u>Via ECF</u>  
Honorable Gregory H. Woods  
United States District Judge  
United States Courthouse  
500 Pearl Street, Courtroom 12C  
New York, New York 10007

**MEMORANDUM ENDORSED**

RE: <u>Himelda Mendez v. DJT Fine International LLC</u>  
Docket: 1:19-cv-08470-GHW

Dear Judge Woods,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 30, 2020.

As of today, Defendant has failed to contact Plaintiff, appear, answer or otherwise move. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendant. If Defendant does not appear, answer or otherwise move within thirty (30) days, Plaintiff will move for Default. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____  
Bradly G. Marks

---

Application granted. The initial conference scheduled for January 30, 2020 is adjourned to March 9, 2020 at 3 p.m. The deadline for the parties to participate in mediation is also extended. If Defendant appears, mediation should take place no later than one week prior to the initial pretrial conference. The joint letter and proposed case management plan described in the Court's September 13, 2019 order, Dkt No. 5, is due no later than March 2, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 10.

SO ORDERED.

Dated: January 28, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge