UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIMELDA MENDEZ, Individually and on behalf of all other persons similarly situated,<br><br>                     Plaintiff,<br><br>              -against-<br><br>DJT FINE ART INTERNATIONAL LLC,<br><br>                     Defendant. | 1:19-cv-8470<br><br>ORDER OF DISMISSAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/16/2020 |

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court by the Mediator that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 15, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: March 16, 2020  
      New York, NY

                                          _____  
                                          **MARY KAY VYSKOCIL**  
                                          **United States District Judge**